FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 15 2024
ARTHUR JOHNSTON
BY ______ DEPUTY

## COMPLAINT

Lindsey 2000001005
(Last Name) (Identification Number)

Desmond Deonte
(First Name) (Middle Name)

(Institution)

1401 Hwy 80 East Apt J116 39204
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V. CIVIL ACTION NUMBER: 3:24-cv-411-HTW-LGI
(to be completed by the Court)

Tyree Jones Sheriff
Captain Mcbride RDC
~~Tyree Jones Sheriff~~
Captain Simon RDC
Lt tilman RDC
OFC Fred RDC
OFC Thornton RDC
Lt. Caston RDC

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

**PARTIES**

**(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)**

**I. Name of plaintiff:** Desmond D. Lindsey **Prisoner Number:**

**Address:** 1401 Hwy 80 East Apt J116 39204 ← home

→ Jail Tallahatchie County Correctional Facility

**(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)**

**II. Defendant:** Captain Simon **is employed as** the Captain **at** Raymond Detention Center

**The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:**

PLAINTIFF:

| NAME: | ADDRESS: |
| --- | --- |
| Desmond D. Lindsey | 1401 Hwy 80 East Apt J116 39204 |

DEFENDANT(S):

| NAME: | ADDRESS: |
| --- | --- |
| Captain Mcbride | Raymond Detention Center |
| Captain Simon | Raymond Detention Center |
| Tyree Jones | E. Pascagoula St / Sheriff For RDC |
| Lt. Tilman | Raymond Detention Center |

DFC. Fred (RDC)
Lt. Caston (RDC)
DFC. Thornton (RDC)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:__________

2. Court (if federal court, name the district; if state court, name the county): Hinds County

3. Docket Number:__________

4. Name of judge to whom case was assigned:__________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)__________

CASE NUMBER 2.

1. Parties to the action:__________

2. Court (if federal court, name the district; if state court, name the county):__________

3. Docket Number:__________

4. Name of judge to whom case was assigned:__________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)__________



## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On About December 28th or 29th, 2023 In Confinement At Raymond Detention Center I was stabbed and dragged down the stairs. I was jumped on about 5-10-15 minutes then the guards came. They opened the cage and closed it back. 2 or 3 minutes later they opened it again and I ran out the OFC's that was working were Lt Caston Lt Tilman, OFC Fred, OFC Thornton, I was stabbed About 35 times From behind my ear to my buttox.

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I seek to sew For pain + suffering + being stabbed + dragged down the stairs

Signed this 3 day of July, 20 24.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Desmond D. Lindsey
Signature of plaintiff

On December 28th or 29th, in containment of RDC, Raymond Detention Center. I was stabbed and dragged down the stairs. It all started when someone hit me and I began to fight back, when other people started to jump in. I was jumped on about 15 minutes, then thats when the guards came on the zone, they opened the cage and closed it right back, ig thinking the other inmates would run out or try to do something else. 2 or 3 minutes later after me being jumped on and stabbed they opened the cage again I got up and ran out. The ofc.'s who were working that night were, Lt. Caston, Lt Tillman, ofc Fred, ofc Thornton, and also Sg. Dotson. I had about 35 stab wounds from behind my ear to my buttox. The people who stabbed me are Carlos Varnell, Jarrod, bear, and someone named Zeke. They all played a part, how I know because Carlos Varnell told me trying to clean his name up saying he didnt tell them to stab me saying they acted on their own.

Sincerely

Desmond Lindsey

Desmond Lindsey
200000100S
Tallahatchie County Correctional Facility
19351 US Highway 49 North
Tutwiler, MS 38963

I signed this to the best of my ability. . .

Desmond Lindsey

I would like to have a conditions of confinement package. Thankyou.

Desmond Lindsay